UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Olin Eugene Gilstrap, Donna Paige Gilstrap, Jaycie Lesley, <br><br> Plaintiffs, <br><br> vs. <br><br> Eagle Eye Monitoring Co., Sex Offender Office Pickens Co., Greg Combie, Toamas Willistom, Jerome Lathan, Joey Duncan, <br><br> Defendants. | C/A No. 8:18-cv-00644-DCC <br><br><br><br> ORDER |

This matter is before the Court on Plaintiffs' complaint alleging violations of their civil rights pursuant to 42 U.S.C. § 1983. ECF No. 1. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2), (D.S.C.), this matter was referred to United States Magistrate Judge Kevin F. McDonald for pre-trial proceedings and a Report and Recommendation ("Report"). On April 23, 2018, the Magistrate Judge issued a Report recommending that the complaint be dismissed without issuance of service of process.[1] ECF No. 16. The Magistrate Judge advised Plaintiffs of the procedures and requirements for filing objections to the Report and the serious consequences if they failed to do so. ECF No. 1. Plaintiffs have filed no objections, and the time to do so has passed.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final

---

[1]The Magistrate previously issued a Report allowing Plaintiffs to file an amended complaint to remedy the identified defects in their complaint. Plaintiffs failed to file an amended complaint.

determination remains with the Court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The Court is charged with making a de novo determination of any portion of the Report of the Magistrate Judge to which a specific objection is made. The Court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* U.S.C. § 636(b). The Court reviews the Report only for clear error in the absence of an objection. *See Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (stating that "in the absence of timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." (citation omitted)).

After considering the record, the applicable law, and the Report, the Court finds no clear error and agrees with the Report's recommendation that the complaint be dismissed without issuance of service of process. Accordingly, the Court adopts the Report by reference in this Order. The complaint is dismissed without prejudice.

IT IS SO ORDERED.

s/Donald C. Coggins, Jr.
United States District Judge

May 16, 2018
Spartanburg, South Carolina

## NOTICE OF RIGHT TO APPEAL

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.