UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Olin Eugene Gilstrap; Donna Paige Gilstrap; Jaycie Lesley, *Plaintiffs* v. Eagle Eye Monitoring, Co.; Sex Offender Office Pickens, Co.; Greg Combie; Toamas Willistom; Jerome Lathan; Joey Duncan, *Defendants* | ) ) ) ) ) ) | Civil Action No.   8:18-cv-00644-DCC |
|---|---|---|

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■   other: the plaintiffs, Olin Eugene Gilstrap, Donna Paige Gilstrap, and Jaycie Lesley, shall take nothing of the defendants; Eagle Eye Monitoring, Co., Sex Offender Office Pickens, Co., Greg Combie, Toamas Willistom, Jerome Lathan, and Joey Duncan, as to the complaint filed pursuant to 42 U.S.C. 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

■   Decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Kevin F. McDonald, United States Magistrate Judge, which recommended dismissing the complaint without prejudice .

Date:   May 16, 2018                                                              ROBIN L. BLUME, CLERK OF COURT

                                                                                                      *Signature of Clerk or Deputy Clerk*